UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,

                     Plaintiff,

-v-

ARROWOOD INDEMNITY COMPANY, et al.,

                     Defendants.

CIVIL ACTION NO.: 21 Civ. 9304 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

In light of the parties' representation that they are actively engaged in mediation in an effort to resolve their dispute (ECF No. 18 at 2), the Court orders as follows:

1. By **November 2, 2022**, the parties shall file a joint letter (the "Letter") reporting on the status of their mediation efforts.

2. The Court's scheduling of the initial conference and entry of an initial case management plan are HELD IN ABEYANCE pending the Court's receipt of the Letter. If the parties' mediation efforts are unsuccessful, then, in addition to the Letter, the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

Dated:     New York, New York
            October 6, 2022               SO ORDERED.

                                                 */s/ Sarah L. Cave*
                                                 **SARAH L. CAVE**
                                                 **United States Magistrate Judge**