UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE, NEW YORK,

        Plaintiff,

-v-

ASSOCIATED INTERNATIONAL INSURANCE
COMPANY,

        Defendant.

CIVIL ACTION NO.: 21 Civ. 9304 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

By **June 1, 2023**, the parties shall file a joint letter, no longer than three (3) pages, reporting on the status of discovery and proposing a schedule for the completion of any remaining discovery.

Dated:    New York, New York
           May 25, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**