UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE, NEW YORK,

                Plaintiff,

-v-

ASSOCIATED INTERNATIONAL INSURANCE
COMPANY,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 9304 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

Pursuant to the telephone conference (the "Conference") held today, June 16, 2023, the Court orders as follows:

1. The request of Plaintiff The Roman Catholic Diocese of Rockville Centre, New York (the "Diocese") for a stay of this action (ECF No. 48 at 1) is DENIED WITHOUT PREJUDICE.

2. The first phase of fact discovery ("Phase I Discovery") shall be limited to the following:

    a. Defendant's receipt of discovery exchanged in <u>Diocese v. Certain Underwriters at Lloyds, London & Certain London Market Companies and Lexington Insurance Company</u>, 21 Civ. 71 (JPC) (SLC).

    b. Defendant's underwriting file with respect to its policy concerning the Diocese (the "Policy").

    c. The attachment point of the Policy.

    d. The allocation framework under the Policy.

3. Phase I Discovery shall be completed by **October 16, 2023**, and shall proceed as follows:

   a. Written discovery requests shall be served by **July 17, 2023**.

   b. Responses to written discovery requests and document productions shall be served by **August 16, 2023**.

   c. Depositions shall be noticed by **August 30, 2023**.

   d. Depositions shall be completed by **October 16, 2023**.

4. By **October 23, 2023**, the parties shall file a joint letter certifying the completion of Phase I Discovery.

The parties shall promptly order a transcript of the Conference. If the parties believe redactions to the transcript are appropriate, they shall **promptly** file their proposed redactions for the Court's review.

Dated:   New York, New York
         June 16, 2023

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**