UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE
CENTRE, NEW YORK,

              Plaintiff,

    -v-

ASSOCIATED INTERNATIONAL INSURANCE COMPANY,

              Defendant.

CIVIL ACTION NO.: 21 Civ. 9304 (JLR) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request (ECF No. 54) to redact portions of the transcript at ECF No. 51 (the "Transcript") is GRANTED.  By **July 20, 2023**, Plaintiff shall file the redacted version of the Transcript.  The Transcript at ECF No. 51 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close ECF No. 54.

Dated:      New York, New York
            July 13, 2023

                          SO ORDERED.

                          SARAH L. CAVE
                          **United States Magistrate Judge**