UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE, NEW YORK,

                Plaintiff,

-v-

ASSOCIATED INTERNATIONAL INSURANCE
COMPANY,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 9304 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

The parties' request (ECF No. 65) for a further extension of time to complete the first phase of fact discovery ("Phase I Discovery")[1] is GRANTED, and the Court orders as follows:

1. Depositions shall be completed by **March 31, 2024**.

2. By **April 5, 2024**, the parties shall file a joint letter certifying the completion of Phase I Discovery.

3. A telephone conference is scheduled for **Monday, April 15, 2024 at 2:00 pm** on the Court's conference line. The parties are directed to call: (646) 453-4442; access code: 202875923, at the scheduled time.

Dated:      New York, New York
             February 2, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

---

[1] The scope of Phase I Discovery is defined in the Court's June 16, 2023 Order. (ECF No. 50 ¶ 2).