UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE, NEW YORK,

        Plaintiff,

  -v-

ASSOCIATED INTERNATIONAL INSURANCE
COMPANY,

        Defendant.

CIVIL ACTION NO.: 21 Civ. 9304 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

    Pursuant to the telephone conference held today, April 15, 2024, the Court will not adopt Defendant's proposed schedule for briefing of dispositive motions (see ECF No. 67 at 2), in light of the parties' intent to file a joint request before the Honorable Jennifer L. Rochon to stay this action.

Dated:    New York, New York
           April 15, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**