March 10, 2025

**Via ECF**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> The request for an additional stay in this matter until May 5, 2025 is GRANTED.
>
> Dated: March 11, 2025
>
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

   **Re: The Roman Catholic Diocese of Rockville Centre, New York v. Evanston Insurance Company, Case No. 21-cv-9304 (JLR) (SLC)**

Dear Judge Rochon:

Please accept this joint status update from The Roman Catholic Diocese of Rockville Centre, New York (the "Diocese"), Evanston Insurance Company, as successor by merger to Associated International Insurance Company ("Evanston"), and the DRVC Abuse Claims Trust (the "Trust") in response to the Court's January 21, 2025 Order (ECF No. 79).

The Parties last updated the Court on January 17, 2025 (ECF No. 78) as to the Parties' ongoing efforts to achieve certain conditions precedent to settlement payments outlined in the settlement agreements that were approved on November 19, 2024 by the bankruptcy court.[1] Evanston has completed payment, but it is awaiting completion of certain conditions of the settlement. After completion, this action can be dismissed. The Parties therefore jointly request that the stay be continued until May 5, 2025. If the conditions are satisfied earlier, the parties will promptly file the appropriate dismissal paperwork at that time.

This letter has been reviewed and approved by counsel for all parties.

Very truly yours,

*/s/Timothy P. Law*
Timothy P. Law
Reed Smith LLP
*On behalf of the Roman Catholic
Diocese of Rockville Centre, New York*

*/s/ Jillian G. Dennehy*
Jillian G. Dennehy
Kennedys CMK LLP
*On behalf of Evanston Insurance Company*

*/s/ Jesse J. Bair*
Jesse J. Bair
Burns Bair LLP
*On behalf of the DRVC Abuse Claims Trust*

---

[1] *See In re Diocese of Rockville Centre*, No. 20-12345-mg, ECF No. 3414.