UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK<br><br>Plaintiff,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY,<br><br>Defendant. | Civil No. 21-cv-9304 (JLR) (SLC) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

A settlement of all matters in dispute between Plaintiff The Roman Catholic Diocese of Rockville Centre, New York (the "Diocese"); Defendant Evanston Insurance Company, as successor by merger to Associated International Insurance Company ("Evanston"); and the DRVC Abuse Claims Trust (the "Trust") has been reached. Pursuant to Federal Rules of Civil Procedure 41(a)(1) and 41(c)(2), the Diocese, Evanston, and the Trust hereby:

JOINTLY STIPULATE AND AGREE to dismiss, with prejudice, the above-captioned action and all claims and counterclaims asserted therein. Pursuant to the settlement, each party will bear their own costs and fees.

Dated: April 24, 2025

Respectfully submitted by:

_____
Timothy P. Law
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, Pennsylvania 19103
(215) 241-1262
tlaw@reedsmith.com

*Attorney for the Roman Catholic Diocese of Rockville Centre, New York*

-and-

_____
Jillian G. Dennehy
Kennedys CMK LLP
120 Mountain view Boulevard
Basking Ridge, NJ 07920
(908) 605-2974
jillian.dennehy@kennedyslaw.com

*Attorney for Evanston Insurance Company*

-and-

_____
Jesse J. Bair
Timothy W. Burns
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, Wisconsin 53703
(608) 286-2808
tburns@burnsbair.com
jbair@burnsbair.com

*Attorneys for the DRVC Abuse Claims Trust*