UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>                    Plaintiff,<br><br>-against-<br><br>EVANSTON INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 1:21-cv-09304 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The parties shall clarify whether their April 25, 2025 stipulation for dismissal with prejudice, Dkt. 83, dismisses this action with prejudice with respect to all named defendants and this case can be closed.

Dated: July 23, 2025
         New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

1