July 24, 2025

**Via ECF**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      **Re: The Roman Catholic Diocese of Rockville Centre, New York v. Evanston Insurance Company, Case No. 21-cv-9304 (JLR) (SLC)**

Dear Judge Rochon:

Pursuant to the Court's July 23, 2025 Order (ECF No. 84), The Roman Catholic Diocese of Rockville Centre, New York (the "Diocese"), Evanston Insurance Company, as successor by merger to Associated International Insurance Company ("Evanston"), and the DRVC Abuse Claims Trust (the "Trust") (collectively, "the Parties") write to clarify that their April 25, 2025 stipulation (ECF No. 83) dismisses this action with prejudice with respect to all parties and the case can be closed.

The parties also write to provide background on the unique procedural posture of this case and to clarify that the only remaining parties to this lawsuit are (1) the Diocese; (2) Evanston; and (3) the DRVC Abuse Claims Trust (which is the successor to the Official Committee of Unsecured Creditors).

By way of background, this coverage action arises from what was formerly an adversary proceeding in the Diocese of Rockville Centre, New York's bankruptcy case, Case No. 12345 (Bankr. S.D.N.Y). In the bankruptcy court, the insurance adversary proceeding originally named all of the Diocese's insurance companies as defendants. However, when the reference was withdrawn from the Bankruptcy Court, the adversary proceeding was split into four separate proceedings in the U.S. District Court for the Southern District of New York, each addressing insurance coverage for a particular insurance company or group of insurance companies: namely, (1) Arrowood (Case No. 20-cv-11011); (2) LMI/Lexington (Case No. 21-cv-0071); (3) Allianz (Case No. 21-cv-7706); and (4) this case, involving Evanston (Case No. 21-cv-9304).

To the extent any other insurance defendants are still listed on the ECF docket, those insurance companies are not proper parties to this lawsuit, but instead are parties in their respective separate lawsuits pending in the SDNY (to the extent those lawsuits have not already been dismissed). Further, as noted above, Intervenor, the Official Committee of Unsecured creditors, was dissolved upon confirmation of the Plan of Reorganization in the Diocese's bankruptcy case, and has now been replaced by the DRVC Abuse Claims Trust. Thus, the Committee is no longer a proper party in this case either.

This letter has been reviewed and approved by counsel for all parties.

Very truly yours,

<u>/s/Timothy P. Law</u>
Timothy P. Law
Reed Smith LLP
*On behalf of the Roman Catholic Diocese of Rockville Centre, New York*

<u>/s/ Jillian G. Dennehy</u>
Jillian G. Dennehy
Kennedys CMK LLP
*On behalf of Evanston Insurance Company*

<u>/s/ Jesse J. Bair</u>
Jesse J. Bair
Burns Bair LLP
*On behalf of the DRVC Abuse Claims Trust*